JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACKBIRD TECH LLC d/b/a BLACKBIRD TECHNOLOGIES, <br><br>Plaintiff, <br><br>v. <br><br>ESPEN TECHNOLOGY, INC., <br><br>Defendants. | CASE NO. 2:19-cv-07622-AG-E <br><br>**ORDER GRANTING** <br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is stipulated and agreed that the above-captioned action is dismissed with prejudice. It is further stipulated and agreed that each party will bear its own costs, expenses, and attorneys' fees.

DATED: November 13, 2019

| STAMOULIS & WEINBLATT LLC | One LLP |
|---|---|
| By: /s/Shekhar Vyas | By: /s/Lester J Savit |
| Shekhar Vyas (SBN 229853) | Lester J Savit |
| Stamatios Stamoulis (DE SBN 4606) | Paul Y. Feng |
| 302 Washington Street, #150-2028 | 4000 MacArthur Boulevard |
| San Diego, CA 92103 | East Tower, Suite 500 |
| Telephone: (302) 999-1540 | Newport Beach, CA 92660 |
| Facsimile: (302) 762-1688 | 949-502-2870 |
| vyas@swdelaw.com | lsavit@onellp.com |
| stamoulis@swdelaw.com | pfeng@onellp.com |
| *Attorneys for Plaintiff,* | *Attorney for Defendant,* |
| *Blackbird Tech LLC* | *Espen Technology Inc.* |
| *d/b/a Blackbird Technologies* | |

SO ORDERED this 14th day of November, 2019.

_____
UNITED STATES DISTRICT JUDGE